**JOHNSON LAW OFFICES**
177 N. Church Ave., Suite 901
Tucson, AZ 85701
Ph: (520) 882-6600
Fax: (520) 791-3012

Susan Johnson - 21152
Attorney for Debtors

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In Re: ) | In Proceedings Under |
| ) | Chapter 7 |
| **DUSTIN SMITH,** ) | |
| ) | **Case No.15-05112-SHG** |
| ) | |
| **Debtor,** ) | |
| ) | **NOTICE OF LIMITED APPEARANCE** |
| ) | **AT §341 HEARING ONLY** |
| ) | |

**NOTICE IS GIVEN** that the undersigned Counsel for the Debtor hired Matthew Foley, Esq., for a limited appearance at the §341 Hearing at 1:00 p.m. on June 5, 2015, at the Pinal County Superior Court, 971 Jason Lopez Cir, Bldg A, 3rd Flr Hrg Room, Florence, AZ 85132.

Mr. Foley is not the attorney of record and should not be added to the mailing matrix.

**Undersigned Counsel Request** that this limited appearance be entered for the record.

**DATED** the 28th day of May 2015

JOHNSON LAW OFFICES                    LAW OFFICES OF MATTHEW FOLEY, PLC

/s/ Susan Johnson                      /s/ Matthew Foley
SUSAN JOHNSON                          MATTHEW FOLEY
Counsel of Record for Debtor           Counsel for §341 Hearing

---

A copy of the foregoing was
emailed on 5-28-15 to:
Stanley Kartchner, Chapter 7 Trustee
trustee@aztrustee.com